IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Criminal Case No. 17-cr-185-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    **NOEL BOJORQUEZ-LOYA**,

    Defendant.

## ORDER DENYING DEFENDANT'S 18 U.S.C. § 3582(c)(2) MOTION

Before the Court is Defendant Noel Bojorquez-Loya's *pro se* Motion for Modification or Reduction of Sentence under U.S.S.G. § 4C1.1 ("Motion"). (ECF No. 85.) The Government filed a response. (ECF No. 89.) For the following reasons, the Motion is denied.

In January 2019, Bojorquez-Loya pleaded guilty to four counts of possession of a firearm by an alien, 18 U.S.C. § 922(g)(5), three counts of possession of a controlled substance with intent to distribute, 21 U.S.C. § 841(a)(1), and one count of knowingly possessing a firearm during and in relation to a drug trafficking crime, 18 U.S.C. § 924(c)(1)(A). (ECF No. 55 at 1–2.) In August 2019, the Court sentenced him to a total of 150 months in prison. (ECF No. 83.)

Bojorquez-Loya now seeks a sentence reduction under the "zero-point offender" provisions of U.S.S.G. § 4C1.1. (ECF No. 85.) The Government concedes that he is eligible for a sentence reduction insofar as he "he had no criminal history category

points and a had a criminal history score of zero at the time of his sentencing." (ECF No. 89 at 3.) Nevertheless, the Government maintains that Bojorquez-Loya is ultimately not entitled to a sentence reduction because he possessed a firearm in connection with the offenses for which he pleaded guilty. See U.S.S.G. §4C1.1(a)(7) (disqualifying defendants who possessed a firearm "in connection with the offense"). (*Id.* at 5.)

The Court agrees with the Government. Bojorquez-Loya expressly admitted in his plea agreement that he "carried the Jimenez Arms, Model J.A., 380 caliber semi-automatic pistol . . . for protection of himself, the narcotics, and the money from his drug trafficking." (ECF No. 55 at 14.) And he has supplied no reason in his Motion for the Court to "second-guess this admission." *United States v. Bernal Salazar*, 2024 WL 4603965, at *3 (10th Cir. Oct. 29, 2024). As a result, it is patently clear that Bojorquez-Loya is not eligible for a sentence reduction.

For these reasons, the Motion is DENIED. (ECF No. 85.)

Dated this 29th day of January, 2026.

BY THE COURT:

_____
William J. Martínez
Senior United States District Judge